**People of the State of Illinois, Plaintiff-Appellee, v. Earl Williamson, Defendant-Appellant.**

**Gen. No. 49,751.**

First District, Second Division.

October 27, 1964.

Paul Bernstein, of Chicago, for appellant; Daniel P. Ward, State's Attorney, of Chicago (Elmer C. Kissane and Robert K. Kelty, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**